**Opinion issued August 4, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-26-00739-CV

———————————

## IN RE GREENWICH LIFESCIENCES, INC., Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relator, Greenwich LifeSciences, Inc., filed a petition for writ of mandamus challenging two trial court orders, including a November 18, 2025 order denying relator's "Motion to Dismiss for Improper Venue" and a July 7, 2026 order denying relator's "Motion to Reconsider Denial of Motion to Dismiss for Improper Venue."[1]

---

[1] The underlying case is *Chris Lentz v. Greenwich LifeSciences, Inc.*, Cause No. 2025-12076, in the 113th District Court of Harris County, Texas, the Honorable Rabeea Sultan Collier presiding.

In connection with its petition for writ of mandamus, relator also filed an "Emergency Motion for Temporary Relief—Stay of All Trial Court Proceedings Pending Resolution of Petition for Writ of Mandamus." In the motion, relator requested that the Court stay all proceedings in the trial court pending review of its petition for writ of mandamus, stating that absent the stay, relator would "be compelled to prepare for and proceed to trial," currently set for November 2, 2026. Real party in interest, Chris Lentz, filed a response in opposition to relator's emergency motion for stay.

We conclude that relator has failed to establish it is entitled to mandamus relief, and therefore, the Court denies relator's petition for writ of mandamus. We dismiss any pending motions, including relator's "Emergency Motion for Temporary Relief," as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.